IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN RIVERA, a.k.a. Gabriel Coridad-Rosario, ID # 97389-079,  Petitioner, ) ) ) ) | |
| vs. ) | No. 3:05-CV-1500-M |
| ) | |
| DAN JOSLIN, ) Respondent. ) ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 29 day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE